Case 7:21-cr-00890　　Document 50-2　　Filed 07/02/24　　Page 1 of 2

Case: 24-40171　　Document: 56-1　　Page: 1　　Date Filed: 07/02/2024



# United States Court of Appeals
# for the Fifth Circuit

A True Copy
Certified order issued Jul 02, 2024

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

No. 24-40171

United States Court of Appeals
Fifth Circuit

**FILED**
July 2, 2024

Lyle W. Cayce
Clerk

United States of America,

　　　　　　　　　　　　　　　　　　　　*Plaintiff—Appellee*,

versus

Hemerson Santiesteban-Delgado,

　　　　　　　　　　　　　　　　　　　　*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:21-CR-890-1

_____

CLERK'S OFFICE:

　　Under 5th Cir. R. 42.3, the appeal is dismissed as of July 2, 2024, for want of prosecution. The appellant failed to timely file a brief and pay the docketing fee.

No. 24-40171

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Melissa Mattingly*
_____
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT